IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF WYOMING

UNITED STATES OF AMERICA,

      Plaintiff,

vs.    CASE NO. L:23-PO-00705-SAH

DAVIS FARNSWORTH,

      Defendant.

_____/

### ENTRY OF NOT GUILTY PLEA
### RULE 5 CERTIFICATE
### WAIVER OF ARRAIGNMENT

**COMES NOW** Francis H. McVay, of Just Criminal Law, P.C., Attorney at Law, attorney for the defendant, and hereby enters a plea of not guilty to the charges now pending in this court.

Attorney for defendant does hereby certify that he has, or will, explain to defendant those rights enumerated in Rules 5 and 58(b) of the Federal Rules of Criminal Procedure, including but not limited to:

1. An explanation of the charges against him and of the possible penalties.
2. Advisal of his right to an attorney, including appointed counsel.
3. Right to silence.
4. The possible pleas he may enter.
5. His right to a trial by either a judge or jury.

Defendant does hereby waive or gives up his right to an initial appearance and arraignment and requests this matter be set for a status conference.

**DATED** this 5 day of October, 2023.

_Farnsworth, Davis_
Defendant

JUST CRIMINAL LAW, P.C.
Francis H. McVay, #7-5373
Associate Attorney
604 South Gillette Avenue
Gillette, WY 82716
(307) 686-6556

## CERTIFICATE OF SERVICE

I, Francis H. McVay, do hereby certify that I served a copy of the foregoing was served upon United States Attorney's Office via service through pacer.com.

_____
Francis H. McVay